IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TD BANK, N.A.,                                          :
successor by merger with COMMERCE          :
BANK/PENNSYLVANIA, N.A.,                        :
                                                            :
                    Plaintiff,               :          CIVIL ACTION NO. 14-136
                                                            :
        v.                                             :
                                                            :
BNB PROPERTIES, LLC, JOCELYN            :
PROPERTIES, INC., and                            :
CONSTRUCTION & DESIGN, INC.,            :
                                                            :
                    Defendants.            :

## ORDER

**AND NOW**, this 10th day of June, 2015, after considering the motion for summary

judgment and accompanying materials, filed by the plaintiff, TD Bank, N.A., successor by

merger with Commerce Bank/Pennsylvania, N.A. (Doc. Nos. 83, 85), and the response in

opposition to the motion and accompanying materials, filed by the defendant, Construction &

Design, Inc. (Doc. Nos. 86-87); and after oral argument held before the undersigned on May 18,

2015; accordingly, and for the reasons expressed in the accompanying memorandum opinion, it

is hereby **ORDERED** as follows:

    1.    The motion for summary judgment (Doc. No. 83) is **GRANTED**;

    2.    Judgment is **ENTERED** in favor of the plaintiff and against the defendant on the

defendant's counterclaim; and

    3.    The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

                BY THE COURT:


                /s/ *Edward G. Smith*
                EDWARD G. SMITH, J.